FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

HERMAN PAUL MORGAN #138464

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2022 JAN 27 A 10: 01

CLERK
SO. DIST. OF GA.

(Enter above full name of plaintiff or plaintiffs)

v.

LAYLA H. ZON

C V 6 2 2  0 0 5

(Enter above full name of defendant or defendants)

I.    Previous lawsuits

   A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?                                    Yes_____ No ✓

      if your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.    Parties to this previous lawsuit:

         Plaintiffs: _____

         Defendants: _____

      2.    Court (if federal court, name the district; if state court, name the county):

         _____

      3.    Docket number: _____

      4.    Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                                                Yes _____ No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
                                                Yes ✔ No _____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

Plaintiffs: HERMAN PAUL MORGAN # 138464 Prose.

Defendants: SHERIFF EZELL BROWN etal.

_____

2. Court (name the district):

Northern District of GEORGIA

3. Docket number: Case # 1:20-CV-00898-TWT-JSA

4. Name of judge assigned to case: JUSTIN S. ANAND

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

SETTELAD out

6. Approximate date of filing lawsuit: Not Sure /2020

2

7. Approximate date of disposition: _December 8th, 2020_

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                                    Yes ✓   No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?                          Yes _____   No ✓

1. If your answer to C is yes, name the court and docket number for each case:

_____   _____
_____   _____
_____   _____
_____   _____

II. Place of present confinement: _Rogers State Prison 1978 Ga. Hwy 147 Reidsville Ga. 30453_

A. Is there a prisoner grievance procedure in this institution?   Yes ✓   No _____

B. Did you present the facts relating to your complaint to the appropriate grievance committee?                                    Yes ✓   No ✓

C. If your answer to B is yes:

1. What steps did you take? _My Complaint isn't dealing with the prison system or prison. But yes I did file a Complaint against my District Attorney, now JUDGE LAYLA H. ZON._

2. What was the result? _No responce, No Rebutter of any kind._

3

3.  Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ✓   No_____

If yes, what was the result?   No Responce

D.   If you did not utilize the prison grievance procedure, explain why not: _____
It dosen't involve the prison Grievance System.

IV.   Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A.   Name of plaintiff:   HERMAN PAUL MORGAN # 138464 ProSe
Address:   Rogers STATE PRISON
1978 Ga. Hwy 147
Reidesville GA, 30453

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B.   Name of defendant:   LAYLA H. ZON
Position:   was District Attorney Now JUDGE
Place of employment:   NEWTON COUNTY, Covington Ga 30014
Current Address:   1132 USHER STREET, Room 208
Covington, GA, 30014

C.   Additional defendants: _____

V.    Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

When the Plaintiff were Indicted and Sentence, LAYLA H. ZON was the district Attorney who brought these false an Fradulant Charges up on the Plaintiff, Some time after Plaintiff(s) Sentencing Attorney LAYLA H. ZON became JUDGE, Now every time the Plaintiff file anything in the COURT(S) Concerning his Case JUDGE LAYLA H. ZON is denieing every Motion that the Plaintiff file in order to Cover up the EVIEL She have done to the Plaintiff, Depriving the plaintiff of his Constitutional Rights.

JUDGE: LAYLA H. ZON Knows that She was the STATES Attorney who brought the Plaintiff HERMAN PAUL MORGAN up on these fraudtant Charges.

JUDGE: LAYLA H. ZON Know that She Can't be States Attorney an JUDGE in the Same Case where She represented the STATE, that would Violate the Plaintiff(s) Constitutional Rights, in which She has Clearly done.

Several Motions have been denied by JUDGE: LAYLA. H. ZON and Two She have failed to Rebutt altogather. JUDGE! LAYLA H. ZON has Clearly Violated Plaintiff(S) Constitutional Rights in order to try to Cover the EVIEL that she have done, She is willing to go to any linght to Cover this Evil, She know the Law and is not above it.

5

VI.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Dismiss the Plaintiff of these false, Fradulant and Illigeal Charges, Imedeate Release from prison and award the plaintiff the amount of $ 5,000,000⁰⁰ dollars for the Evil thats' been done to him, Depriving Plaintiff of his Constitutional Right(s).

False imprisonment, Prejudice, Falsely Accused, last wages, Slander, bias, Deplomation of Carrector, Perjury, Indangerment of life, Mental Stress, deprivation of life liberties and the presuite of happiness, Double Jeperty, Depriving Plaintiff from burying family members. $ 2,5,000,000⁰⁰ In her Official Compacity and $ 2,5,000,000⁰⁰ In her Individual Compacity. Or She Can make the Plaintiff a resonable offer and Settel out, with no retallyation against him.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __19__ day of __January__ , 20 __22__ .

Prisoner No. __138464__

__Herman Paul Morgan Pro Se__
(Signature of Plaintiff)

6

## V. STATEMENT OF CLAIM :

1). ON March 1st 2019 LAYLA H. ZON District Attorney for the STATE, Indicted plaintiff HERMAN PAUL MORGAN # 138464 ProSe with.

a). Burglary in first degree.
b). Burglary in first degree.
c). Criminal attempt to Commit an Aggravated Assault.
d). Theft by taking (F).
e). Criminal damage to property in the Second degree.
f). Battery.

Presenting these false and fradulant Charges to the "GRAND JURY" as if there were factual evidence to support these false an Fradulant Charges.

Plaintiff were Sentence on, Jan, 9th 2020 to (30) years do (7) in Confinement.

On. Jan, 22nd. 2020 Plaintiff wrote letter to Public Defender, Lawyer. Mr. ED COSSIO to withdraw "Guilty Plea". No Responce.

On. Jan, 25th, 2020 Plaintiff filed motion "NOTICE OF APPEAL TO WITHDRAW "GUILTY PLEA". Denied

On. July 27th 2021 Plaintiff filed Motion "EXTRADROINARY MOTION TO CORRECT VOID JUDGMENT/ OR IN THE ALTERNATIVE MOTION IN ARREST OF JUDGMENT". Denied

## V. STATEMENT OF CLAIM :

ON. July 21, 2021 , Plaintiff Filed Subpoena, SUBPOENA FOR THE PRODUCTION OF EVIDENCE. With the NEWTON COUNTY Department of Community Supervision. For his Face an Voice reconition records For the month(s) Sept. Oct, Nov, Dec, of 2018. Times & Place(s) , DENIED

ON. August. 24. 2021 Plaintiff Filed REQUEST "INTENTIONS OF REQUESTER" to Board OF Parole and Pardons , 2 Martin Luther King Jr. DR.SE. Twin Towers East, Atlanta, Ga. 30334 - 404-656-4661 To: RICK JACOBS - Director. No Responce

ON. October 6th, 2021 Plaintiff Filed Motion "PURSUANT TO THE OPEN RECORDS ACT"OF GEORGIA". Denied

ON. October, 15th 2021 Plaintiff reinarated his January 25th Motion" NOTICE OF APPEAL To WITHDRAW GUILTY PLEA. Denied

ON. November, 16th 2021 Plaintiff Filed Motion : EXTRAORDINARY MOTION TO DIMISS / CORRECT JUDGEMENT / IN THE ALTERNATIVE MOTION IN ARREST OF VOID JUDGMENT / CONSTITUTI- ONAL VIOLATIONS / AND JUDICTIONAL MISCONDUCT'S. Defendant(s) have Failed to respond to this MOTION, No REBUTT.

ON. Sometime around the 27th of OCTOBER plaintiff Filed "EXTRAORDINARY MOTION TO CORRECT VOID JUDGMENT IN ARREST OF JUDGEMENT VOID JUDGMENT" Denied by this same State Attorney , now Judge, LAYLA H. ZON.

HERMAN PAUL MORGAN #138464
ROGERS STATE PRISON
1978 GA. HWY 147
REIDESVILLE, GA. 30453



RECEIVED
U.S. Marshals Service

CLERK of COURT

UNITED STATES DISTRICT COURT for the
SOUTHERN DISTRICT of GEORGIA
P.O. Box 8286
SAVANNAH, GEORGIA 31412



ROGERS STATE PRI...

The enclosed letter was processed through special procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If it encloses correspondence for forwarding to another address, please return the enclosure to the above address.